**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FIRST FINANCIAL EDUCATION
CENTERS LLC, a Florida limited
liability company,

      Plaintiff,

vs.                                                  Case No. 3:21-cv-

THE ZIEGLER GROUP, LLC,
an Arizona limited liability company,
JEFFREY ZIEGLER, an individual,
TINA ZIEGLER, an individual, and
WEALTHYIQ, LLC, a Wyoming limited
liability company,

                                                      **JURY TRIAL REQUESTED**

      Defendants.

_____/

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

      Plaintiff, First Financial Education Centers LLC, ("FFEC") a Florida limited liability company, sues defendants The Ziegler Group, LLC, an Arizona limited liability company, Jeffrey Ziegler and Tina Ziegler (collectively the "Zieglers"), and WealthyIQ, LLC, a Wyoming limited liability company, and alleges:

      1.      This is an action for breach of contract, unfair competition, violations of the Florida Deceptive and Unfair Trade Practices Action under Florida Statutes Section 501.203, and tortious interference with a business relationship.

**THE PARTIES**

      2.      Plaintiff FFEC is a Florida limited liability company with its principal place of business in Jacksonville, Florida.  FFEC is in the business of developing and selling financial services management systems, education services, including

classes in the field of money management and financial literacy to consumers and to licensed insurance agents.

3. Defendant The Ziegler Group, LLC is an Arizona limited liability company with its principal place of business in 9457 South University Boulevard #231, Highlands Ranch, Colorado 80126.

4. Defendants Jeffrey Ziegler and Tina Ziegler are citizens of the State of Colorado whose mailing address is 19445 Wing Tip Road, Colorado Springs, Colorado 80908.

5. Defendant WealthyIQ, LLC is a Wyoming limited liability company with its principal place of business at 1712 Pioneer Avenue, Suite 500, Cheyenne, Wyoming 82001.

6. Defendants Zieglers and WealthyIQ, LLC are in the business of selling financial services, financial education services, and classes in the field of money management and financial literacy to consumers and to licensed insurance agents in the United States and in the Middle District of Florida.

7. On information and belief, Defendant Jeff Ziegler is an agent, officer, and principal of The Ziegler Group, LLC.

8. On information and belief, Defendant Tina Ziegler is an agent, officer, and principal of The Ziegler Group, LLC.

9. On information and belief, Defendant Jeff Ziegler is an agent, officer, and principal of WealthyIQ, LLC.

10. On information and belief, Defendant Tina Ziegler is an agent, officer, and principal of WealthyIQ, LLC.

**JURISDICTION AND VENUE**

11. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

12. The Zieglers contractually agreed to the jurisdiction within the territorial bounds of the State of Florida regarding disputes between the parties, the Zieglers regularly conduct business in this State, the Zieglers committed the acts complained of herein in this State, the Zieglers and WealthyIQ, LLC caused injury to FFEC in this State, and the Zieglers and WealthyIQ, LLC otherwise have sufficient minimal contacts to meet the minimal jurisdictional requirements under the laws of Florida and the United States.

13. Venue is proper in this district pursuant to 28 U.S.C. §1391 as a substantial part of the events or omissions giving rise to the claims occurred in this judicial district and the Zieglers entered into agreements providing for jurisdiction and venue in this division.

**FACTS COMMON TO ALL COUNTS**

14. FFEC offers a line of services under the trademark Your Family Bank® (also referred to as YFB®).

15. FFEC regularly enters into agreements with independent contractors regarding the offering and sale of FFEC's Your Family Bank services. The independent contractors are generally licensed insurance agents.

16. Under a typical independent contractor agreement between FFEC and a licensed insurance agent, FFEC provides training, training materials, education classes, marketing materials, marketing support, online client management software, and a cloud-based client portal to a licensed insurance agent for use in the sale of Your Family Bank services.

17. As a condition-precedent to a licensed insurance agent gaining access to FFEC's proprietary and confidential materials, the licensed insurance agent must agree to FFEC's terms limiting use, disclosure, and other conduct regarding the same.

18. Defendants Jeffrey Ziegler and Tina Ziegler are licensed insurance agents.

19. On or about May 15, 2019, Jeffrey Ziegler entered in a Confidentiality and Non-solicitation Agreement ("Affiliate Agreement") with FFEC. The Affiliate Agreement was executed by all parties in Florida and established Jeffrey Ziegler as an independent contractor for FFEC. A copy is attached and incorporated as **EXHIBIT A**. Jefferey Ziegler identified Defendant The Ziegler Group, LLC as his company for purposes of the Affiliate Agreement therein.

20. On or about May 20, 2019, Tina Ziegler also entered into an Affiliate Agreement with FFEC. The Affiliate Agreement was executed by all parties in Florida, and established Tina Ziegler as an independent contractor for FFEC. A copy is attached and incorporated as **EXHIBIT B**.

21. As part of their business dealings with FFEC, Jeffrey Ziegler and Tina Ziegler obtained access to FFEC's software applications, materials, information, website, printed material, media, and related updates of the foregoing.

22. In obtaining such access, on May 29, 2019 Jeffrey Ziegler and Tina Ziegler agreed to and were bound by the End User License Agreement for YFB® Authorized Representative ("EULA") and the Terms of Service User Agreement for YFB® Authorized Representative ("TOS"). A copy of the EULA and TOS is attached and incorporated as **EXHIBIT C**.

23. The EULA states in relevant part:

4. *Ownership: Licensee acknowledges that FFEC is the sole and exclusive owner of all right, title and interest in the Products. Licensee agrees that it will do nothing inconsistent with such ownership rights, and Licensee shall not, directly or indirectly, take any actions to challenge FFEC's ownership and right to use the Products.*

   *Licensee may not copy, modify, or distribute the Products (electronically or otherwise), or any copy, adaptation, transcription, or merged portion thereof, except as provided herein or otherwise expressly authorized by FFEC. Licensee may copy the documentation for Licensee's own use of the Products in accordance with this Agreement.*

5. *Restrictions on use: As a License Holder, Licensee may NOT:*

   a. *Allow use of the offered content by any non-licensed individual or entity.*
   b. *Share, distribute, lend, lease, sublicense or otherwise make available, in any manner whatsoever, to any third party the offered content.*
   c. *Modify, adapt, create derivative works from or translate any part of the offered content other than what may be used within Licensee's work in accordance with this License.*
   d. *Reverse engineer, decompile, or disassemble the offered content, nor attempt to locate or obtain its source code.*
   e. *Attempt to alter or remove any trademark, copyright or other proprietary notice contained within the offered content.*
   f. *Make use of any offered content in any manner not stipulated with this Agreement or the documentation accompanying the offered Products.*

24. The TOS states in relevant part:

*Responsible Use and Conduct: By accessing YFB/YFBR websites, software, information, resources, services, products, and tools provided by FFEC either directly or indirectly (hereafter referred to as "Resources"), the user understands and agrees to use these Resources only for the purposes intended and as permitted by (a) the terms of this User Agreement, and (b) applicable laws, regulations and acceptable online practices or guidelines.*

> *1. Wherein, you understand that:*
>
> *…*
>
> *e. Attempting to copy, duplicate, reproduce, sell, trade, or resell any FFEC Resources is strictly prohibited.*

25. In January of 2021, FFEC learned:

a. the Zieglers had modified, adapted, and created derivative works from FFEC's software applications, materials, information, website, printed material, and media and were using such adaptations and derivative works in direct competition with FFEC in violation of the EULA;

b. the modified and adapted derivative FFEC works were FFEC's Resources, and the Zieglers were copying, duplicating, selling, trading, and reselling such resources under the tradename WealthyIQ in violation of the TOS;

c. the Zieglers were exploiting FFEC's confidential information for pecuniary gain under the tradename WealthyIQ in violation of the Affiliate Agreement; and

d. the Zieglers were soliciting FFEC's existing and prospective agents and clients to terminate their relationship with FFEC to transfer such work and business to the Zieglers in violation of the Affiliate Agreement.

26. The Zieglers formed WealthyIQ, LLC, to offer services under the tradename WealthyIQ.

## COUNT I
## BREACH OF CONTRACT
### (Jeffrey Ziegler, Tina Ziegler, and The Ziegler Group, LLC)

27. FFEC re-alleges the allegations in paragraphs 1 through 26 above, incorporated herein by reference.

28. Defendants Jeffrey Ziegler, Tina Ziegler, and The Ziegler Group, LLC were parties to and bound by the terms of their respective Affiliate Agreement (**EXHIBITS A** and **B**), EULA and TOS (**EXHIBIT C**).

29. In each Affiliate Agreement, the Zieglers agreed:

  a. not to "directly or indirectly, disclose, reproduce, use or disseminate in any manner during or after my affiliation with FFEC/YFB, on my own behalf or on behalf of any other person, company or entity, any Confidential Information…"

  b. for a period of twenty four (24) months after ending their affiliation with FFEC, to "not directly or indirectly or on behalf of any third party… [s]olicit or attempt to solicit any existing FFEC/YFB insurance agents…"

30. Under the EULA, the Zieglers agreed not to modify, adapt, or create derivative works from FFEC's software applications, materials, information, website, printed material, and media.

31. Under the TOS, the Zieglers agreed not to attempt to copy, duplicate, reproduce, sell, trade, or resell any FFEC Resources.

32. The Zieglers exploited FFEC's confidential information in copying a substantial majority of FFEC's proprietary concept, business model, operations, marketing materials and media creation format, and market data and using the same under the tradename WealthyIQ.

33. The Zieglers flagrantly advertise their WealthyIQ services, derived from FFEC's confidential information, as the "WealthyIQ Proprietary Formula."

34. The Zieglers modified, adapted, and created derivative works of FFEC's software applications, website, printed materials, marketing materials, media, and information and now exploit such derivative works for the benefit of their own business, WealthyIQ, in direct competition with FFEC.

35. Such exploitation by the Zieglers includes but is not limited to:

   a. Modifying and offering a derivative of the Your Family Bank online client management software under the name "WealthyIQ – Freedom Accelerator";

   b. Modifying Your Family Bank marketing materials and media, and using the derivative works in advertising for WealthyIQ;

    c. Modifying Your Family Bank printed training, education, and operating materials and using the derivative works for WealthyIQ;

    d. Modifying Your Family Bank cloud-based client portal and offering the derivative work under the name "WealthyIQ Client Login" (https://wealthyiq.com/client-login/);

    e. Modifying Your Family Bank website and using the derivative works under WealthyIQ (https://wealthyiq.com);

    f. Modifying Your Family Bank and FFEC's proprietary information and advertising the derivative works as "WealthyIQ Proprietary Formula."

36. The Zieglers have solicited existing customers of FFEC to divert such customers to the Zieglers' WealthyIQ business and WealthyIQ, LLC.

37. By exploiting FFEC's confidential information for personal gain and soliciting FFEC's customers, the Zieglers have materially breached the Affiliate Agreements.

38. By modifying, adapting, and creating derivative works of FFEC's software applications, website, printed materials, marketing materials, media, and information, the Zieglers have materially breached the EULA.

39. By modifying, adapting, and creating derivative works from FFEC's Resources and copying, duplicating, reproducing, selling, trading, and reselling them under WealthyIQ, the Zieglers have materially breached the TOS.

40. FFEC has been significantly damaged by the Zieglers' breaches of the Affiliate Agreements, EULA, and TOS.

41. The Affiliate Agreements and EULA include an award of the prevailing party's costs and reasonable attorney's fees in any litigation between the parties for the enforcement of the contracts.

42. Due to the Zieglers' material breaches of the agreements, FFEC has been forced to retain the undersigned firm and has agreed to pay them a reasonable fee for services rendered in this litigation.

## COUNT II
## FLORIDA COMMON LAW UNFAIR COMPETITION
### (Jeffrey Ziegler, Tina Zeigler, The Ziegler Group, LLC, and WealthyIQ, LLC)

43. FFEC re-alleges the allegations in paragraphs 1 through 42 above, incorporated herein by reference.

44. FFEC has dedicated significant resources, both monetary and human capital, in developing its financial services management systems, marketing materials, industry know-how, educational materials, and market data.

45. The Zieglers entered a business arrangement with FFEC comprised of the Affiliate Agreements, EULA, and TOS.

46. Through that business arrangement, the Zieglers gained access to FFEC's financial services management systems, marketing materials, industry know-how, educational materials, and market data.

47. The Zieglers exploited their access through FFEC to prepare and offer directly competing services under the tradename WealthyIQ and through WealthyIQ, LLC. FFEC would not have granted the Zieglers access to FFEC's financial management services, marketing materials, industry know-how, educational materials, and market data had FFEC known the Zieglers intended to steal and use the same in offering the WealthyIQ services through WealthyIQ, LLC.

48. The Zieglers and WealthyIQ, LLC's acts and conduct constitute unfair competition pursuant to Florida common law, and the Zieglers and WealthyIQ, LLC have engaged in acts of unfair competition in a willful, wanton, and malicious manner.

49. FFEC has suffered and will continue to suffer damages to its business, reputation, and goodwill and is entitled to recover damages for this injury, including disgorgement of the profits FFEC would have earned but for the acts of the Zieglers and WealthyIQ, LLC, together with the ill-gotten gains from the Zieglers and WealthyIQ, LLC, and damages for their willfulness.

50. The Zieglers and WealthyIQ, LLC's conduct will continue, to the irreparable prejudice of FFEC, unless the Zieglers and WealthyIQ, LLC are restrained and enjoined from further unlawful conduct. It would be difficult to ascertain the amount of compensation necessary to adequately remedy such continuing acts. FFEC's remedy at law is inadequate to compensate for the injuries suffered in the future from the continued acts of infringement and unfair

competition alleged herein. FFEC is entitled to a permanent injunction against the Zieglers and WealthyIQ, LLC, as well as all other monetary remedies available under the Lanham Act, including but not limited to compensatory damages, treble damages, disgorgement of profits, costs and attorneys' fees.

## COUNT III
## FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES CLAIM
### (Jeffrey Ziegler, Tina Ziegler, and The Ziegler Group, LLC)

51. FFEC re-alleges the allegations in paragraphs 1 through 42 above, incorporated herein by reference.

52. FFEC has dedicated significant resources, both monetary and human capital, in developing its financial services management system, marketing materials, industry know-how, educational materials, and market data.

53. The Zieglers entered a business arrangement with FFEC comprised of the Affiliate Agreements, EULA, and TOS.

54. Through that business arrangement, the Zieglers gained access to FFEC's financial services management systems, marketing materials, industry know-how, educational materials, and market data.

55. The Zieglers exploited their access through FFEC to prepare and offer a directly competing services under the tradename WealthyIQ. FFEC would not have granted the Zieglers access to FFEC's financial management services, marketing materials, industry know-how, educational materials, and market data had FFEC known the Zieglers intended to steal and use the same in offering the WealthyIQ services.

56. The Zieglers acts and conduct in their trade constitute unfair methods of competition and unfair and deceptive acts and practices in violation of Florida Statutes §§ 501.201 et seq. causing FFEC damages and loss of profits.

57. The Zieglers unlawful conduct will continue to damage FFEC unless enjoined and FFEC has no adequate remedy at law.

58. The Zieglers unlawful conduct has required FFEC to bring this action. FFEC has retained the undersigned counsel to bring this action and agreed to pay counsel a reasonable fee.

## COUNT IV
### TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIP
(Jeffrey Ziegler, Tina Ziegler, The Ziegler Group, LLC, and WealthyIQ, LLC)

59. FFEC re-alleges the allegations in paragraphs 1 through 42 above, incorporated herein by reference.

60. FFEC has dedicated significant resources, both monetary and human capital, in developing its financial services management system, marketing materials, industry know-how, educational materials, and market data.

61. FFEC has advantageous business relationships with its clients.

62. The Zieglers and WealthyIQ, LLC have knowledge of FFEC's advantageous business relationships with its clients.

63. The Zieglers and WealthyIQ, LLC intentionally and unjustifiably interfered with FFEC's business relationships with its clients by soliciting such clients for the WealthyIQ offerings, with the aim of diverting such clients from further use of FFEC's services.

64. The Zieglers and WealthyIQ, LLC knowingly and intentionally solicited FFEC's clients while the Zieglers were prohibited from doing so under the Affiliate Agreements.

65. The Zieglers and WealthyIQ, LLC's conduct has caused FFEC to suffer damages.

## PRAYER FOR RELIEF

**WHEREFORE**, First Financial Education Center, LLC respectfully prays that this Court enter final orders and judgments as are necessary to provide:

A. An injunction, enjoining the Zieglers and WealthyIQ, LLC from continuing acts of unfair competition against FFEC;

B. Entry of a final money judgment in favor of FFEC, awarding FFEC the Zieglers' profits, the actual damages suffered by FFEC as a result of Zieglers' breaches of contract, unfair competition, unfair and deceptive trade practices, and tortious interference with business relationships together with interests and costs;

C. Entry of a final money judgment in favor of FFEC, awarding FFEC its actual damages suffered as a result of WealthyIQ, LLC's tortious interference with FFEC's business relationships and WealthyIQ, LLC's profits therefrom, together with interests and costs;

D. An award of FFEC's costs and attorneys' fees as recoverable under the Affiliate Agreements and TOS, and as recoverable pursuant to Florida Statutes Section 501.2105 against the Zieglers.

## REQUEST FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b) and Local Rule 1.06, FFEC demands a trial by jury on all issues so triable.

Dated: February 16, 2021.

                                         Respectfully submitted,

                                         */s/ Crystal T. Broughan*
                                         Crystal T. Broughan
                                         Florida Bar No.: 863343
                                         Logan K. McEwen
                                         Florida Bar No.: 98683
                                         **MARKS GRAY, P.A.**
                                         Post Office Box 447
                                         Jacksonville, Florida 32201
                                         Telephone:  (904) 398-0900
                                         Facsimile:   (904) 399-8440
                                         Email: elb@marksgray.com
                                                  ctb@marksgray.com
                                                  lkm@marksgray.com
                                         *Attorneys for First Financial Education Centers, LLC*

## VERIFICATION BY DONNA MCLEAN FOR FIRST FINANCIAL EDUCATION CENTERS LLC

Under penalty of perjury, I declare that I have read the foregoing, and the facts alleged therein are true and correct to the best of my knowledge and belief.

**First Financial Education Centers, LLC**

_____        2/16/2021
By: Donna McLean                                   DATE
Title: Manager

Respectfully submitted,

/s/ Crystal T. Broughan
Crystal T. Broughan
Florida Bar No.: 863343
Logan K. McEwen
Florida Bar No.: 98683
**MARKS GRAY, P.A.**
Post Office Box 447
Jacksonville, Florida 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
Email: ctb@marksgray.com
         lkm@marksgray.com
*Attorneys for First Financial Education Centers, LLC*